## I. W. LIPE v. COUNTY OF STANLY.

(Filed 19 December, 1930.)

**Controversy without Action A b: Appeal and Error E a—Affidavit must be filed in submission of controversy: Record must contain necessary parts.**

A case submitted on agreed statement of facts must be accompanied by necessary affidavit, and if an adversary proceeding the record proper must contain necessary parts, otherwise the appeal will be dismissed.

APPEAL by defendant from *Johnson, Special Judge,* at July Term, 1930, of STANLY.

Proceeding to determine the liability of the defendant under C. S., 8035, "for costs and attorney's fees" where unidentified and undiscoverable lands are sold for taxes.

From a judgment for the plaintiff, rendered on an agreed statement of facts, the defendant appeals.

*W. L. Mann for plaintiff.*
*W. E. Bogle for defendant.*

PER CURIAM. It is not clear from the record whether this is a controversy without action, submitted on an agreed statement of facts, or an adversary proceeding in which the facts were agreed upon. If the former, it must be dismissed for failure to accompany the agreed statement of facts with necessary affidavit. *Grandy v. Gulley,* 120 N. C., 176, 26 S. E., 779. If the latter, the pleadings are not before us and the appeal must be dismissed for failure to send up necessary parts of the record proper. *Waters v. Waters,* 199 N. C., 667; *Pruitt v. Wood,* 199 N. C., 788.

Dismissed.